**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-1247**

─────────────

MICHAEL A. WILLNER,

  Debtor - Appellant,

  v.

JOHN P. FITZGERALD, III,

  Trustee - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:22-cv-00486-MSN-JFA)

─────────────

Submitted:  February 22, 2024                    Decided:  April 15, 2024

─────────────

Before KING and AGEE, Circuit Judges, and TRAXLER, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Michael A. Willner, Appellant Pro Se.  Hugh Michael Bernstein, OFFICE OF THE UNITED STATES TRUSTEE, Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Willner appeals the district court's order affirming the bankruptcy court's orders dismissing Willner's bankruptcy petition and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Willner v. Fitzgerald*, No. 1:22-cv-00486-MSN-JFA (E.D. Va. filed Feb. 7, 2023 & entered Feb. 8, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*